**Slip Op. 00 - 15**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: RICHARD W. GOLDBERG, JUDGE**

| | |
|---|---|
| FUJIAN MACHINERY & EQUIPMENT IMPORT & EXPORT CORP., <br><br> SHANDONG MACHINERY IMPORT & EXPORT CORP., <br><br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Court No. 96-10-02480 |

## JUDGMENT ORDER

Upon consideration of the Department of Commerce's <u>Final Results of Redetermination Pursuant to Court Remand, Fujian Machinery and Equipment Import & Export Corp., et. al v. United States</u>, November 15, 1999 ("Remand Results"), and all other papers filed herein, and no parties having filed comments regarding the Remand Results, it is hereby

**ORDERED** that the Remand Results are sustained in all respects.

                                        _____

                                        Richard W. Goldberg
                                                JUDGE


Dated:     February 8, 2000
           New York, New York.